Kent Khtikian, Esq. (#99843)
Kimberly A. Hancock, Esq. (#205567)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California 94133-2930
(415) 834-1778; FAX (415) 834-1842
Attorneys for PLAINTIFFS

**GRANTED**
Judge Maria-Elena James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO, et al. | Case No. 08-05448 MEJ |
| Plaintiffs, | STIPULATION FOR DISMISSAL OF DEFENDANT INDEMNITY COMPANY OF CALIFORNIA |
| vs. | |
| LOZANO TILE, INC., a California corporation, et al. | |
| Defendants. | |

PLAINTIFFS and Defendant INDEMNITY COMPANY OF CALIFORNIA have reached settlement in the above-captioned matter. Pursuant to FRCivP 41(a)(ii), the undersigned parties, through their counsel of record, hereby stipulate to and request the dismissal, without prejudice, of defendant INDEMNITY COMPANY OF CALIFORNIA from this action.

By: /S/Kimberly A. Hancock        Date: March 27, 2009
Kimberly A. Hancock, Esq.
Katzenbach and Khtikian
Attorneys for PLAINTIFFS


By:                               Date: March 27, 2009
Larry D. Stratton, Esq.
Law Offices of Hausman & Sosa, LLP
Attorneys for Defendant
INDEMNITY COMPANY OF CALIFORNIA

STIPULATION FOR DISMISSAL
CASE NO. 08-05448 MEJ

## PROOF OF SERVICE BY MAIL

I am a resident of the County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is Katzenbach & Khtikian, 1714 Stockton Street, Suite 300, San Francisco, California 94133. On March 31, 2009 I served a true copy of the foregoing document described as:

**STIPULATION FOR DISMISSAL OF DEFENDANT INDEMNITY COMPANY OF CALIFORNIA**

by placing a true copy thereof enclosed in a sealed envelope with first class mail postage thereon fully prepaid in the United States Mail at San Francisco, California, addressed as follows:

Steven Lozano
Lozano Tile, Inc.
124 Troy Court
Vacaville, CA 95688

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 31, 2009 in San Francisco, California.

_____
ALEX BROWN