```
 1  Kent Khtikian, Esq. (#99843)
    Kimberly A. Hancock, Esq. (#205567)
 2  Katzenbach and Khtikian
    1714 Stockton Street, Suite 300
 3  San Francisco, California  94133-2930
    (415) 834-1778; FAX (415) 834-1842
 4  Attorneys for PLAINTIFFS
 5
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                 NORTHERN DISTRICT OF CALIFORNIA
10
    BRICKLAYERS AND ALLIED CRAFTWORKERS    ) Case No. 08-05448 MEJ
11  LOCAL UNION NO. 3, AFL-CIO;            )
    TRUSTEES OF THE NORTHERN CALIFORNIA    ) NOTICE OF ENTRY OF
12  TILE INDUSTRY PENSION TRUST; TRUSTEES  ) JUDGMENT
    OF THE NORTHERN CALIFORNIA TILE        )
13  INDUSTRY HEALTH AND WELFARE TRUST FUND;)
    TRUSTEES OF THE BAC LOCAL NO. 19       )
14  APPRENTICESHIP AND TRAINING TRUST      )
    FUND;  TILE INDUSTRY PROMOTION FUND    )
15  OF NORTHERN CALIFORNIA, INC., a        )
    not-for-profit California corporation; )
16  TILE EMPLOYERS CONTRACT ADMINISTRATION )
    FUND; TRUSTEES OF THE INTERNATIONAL    )
17  UNION OF BRICKLAYERS AND ALLIED        )
    CRAFTWORKERS PENSION FUND,             )
18                                         )
         Plaintiffs,                       )
19                                         )
    vs.                                    )
20                                         )
    LOZANO TILE, INC., a California        )
21  corporation; INDEMNITY COMPANY OF      )
    CALIFORNIA, a California corporation,  )
22                                         )
         Defendants.                       )
23  _____    )

24      WHEREAS plaintiffs and defendants have entered into a
25  settlement agreement which provides that this stipulated judgment
26  against LOZANO TILE, INC. and STEVEN WILLIAM LOZANO shall be
27  entered by the Court upon submission by the plaintiffs of this
28  stipulated judgment to the Court, signed by defendants, without
```

prior notice to defendants.

WHEREAS STEVEN WILLIAM LOZANO is not a party to this action but hereby agrees and stipulates to entry of an order, without further notice to STEVEN WILLIAM LOZANO or opportunity by him to object, joining him as a defendant in this action.

NOW THEREFORE the parties hereto request that the Court enter this judgment against LOZANO TILE, INC. and STEVEN WILLIAM LOZANO and agree to entry of this judgment without prior notice to or prior opportunity to object by them.

**JUDGMENT**

This matter, having come before the undersigned Judge, and the parties hereto having stipulated to judgment, as indicated by the signature hereto of Plaintiffs and the signature of LOZANO TILE, INC. and STEVEN WILLIAM LOZANO, all parties to this stipulation consenting to entry of judgment and waiving any further notices regarding this stipulation, the judgment or entry of judgment, and the court having reviewed the records and files herein and being fully advised of the premises does hereby:

1. ORDER that STEVEN WILLIAM be joined to this action as a defendant.

2. ORDER, ADJUDGE AND DECREE that Plaintiffs do hereby have judgment against defendants LOZANO TILE, INC. and STEVEN WILLIAM LOZANO, and each of them, jointly and severally, in the amount of $77,442.00 (Seventy Seven Thousand Four Hundred Forty-Two Dollars and Zero Cents), plus interest at the annual rate of Ten Percent (10%) from the date of the entry of judgment until paid.

1 | The Clerk of Court shall close the file.
2 |
3 |
4 |
5 |
6 | Dated: June 1, 2009
7 | _____
  | Hon. Maria-Elena James
  | JUDGE, U.S. DISTRICT COURT
8 |
9 |
10 |
11 | LOZANO TILE, INC., understands and agrees to all of the
12 | terms set forth in this stipulated judgment and requests that
13 | judgment be entered as herein stated. The undersigned is an
14 | officer of LOZANO TILE, INC., and executes this stipulation on
15 | behalf of, and with the knowledge, authorization and consent of
16 | the Board of Directors of LOZANO TILE, INC., to all of the terms
17 | set forth in this stipulated judgment and requests that judgment
18 | be entered as herein stated.
19 |
20 | Dated: May 19, 2009        LOZANO TILE, INC.
21 |
22 |
23 | By: _____
  | Steven W. Lozano, Vice President

NOTICE OF ENTRY OF JUDGMENT
CASE NO. 08-05448 MEJ

3

STEVEN WILLIAM LOZANO understands and agrees to all of the terms set forth in this stipulated judgment and requests that judgment be entered as herein stated. STEVEN WILLIAM LOZANO further understands, agrees and stipulated to entry of an order, without further notice to him and without any opportunity by him to object, joining him as a defendant in this action.

Dated: May 19, 2009

_____
Steven William Lozano

The undersigned is the President of the plaintiff Union and a trustee of the plaintiff trust funds, and executes this stipulation on behalf of, and with the knowledge, authorization and consent of Plaintiffs, to all of the terms set forth in this stipulated judgment and requests that judgment be entered as herein stated.

Dated: May    2009

By:_____
Tom Spear

STEVEN WILLIAM LOZANO understands and agrees to all of the terms set forth in this stipulated judgment and requests that judgment be entered as herein stated. STEVEN WILLIAM LOZANO further understands, agrees and stipulated to entry of an order, without further notice to him and without any opportunity by him to object, joining him as a defendant in this action.

Dated: May     , 2009

_____
Steven William Lozano

The undersigned is the President of the plaintiff Union and a trustee of the plaintiff trust funds, and executes this stipulation on behalf of, and with the knowledge, authorization and consent of Plaintiffs, to all of the terms set forth in this stipulated judgment and requests that judgment be entered as herein stated.

Dated: May 21 2009

By: _____/s/ Tom Spear_____
Tom Spear

## PROOF OF SERVICE BY MAIL

I am a resident of the County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is Katzenbach & Khtikian, 1714 Stockton Street, Suite 300, San Francisco, California 94133. On May 29, 2009 I served a true copy of the foregoing document described as:

**NOTICE OF ENTRY OF JUDGMENT**

by placing a true copy thereof enclosed in a sealed envelope with first class mail postage thereon fully prepaid in the United States Mail at San Francisco, California, addressed as follows:

Lozano Tile, Inc.
P.O. Box 3245
Fairfield, CA 94533

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 29, 2009 in San Francisco, California.

*/s/ Alex Brown*
ALEX BROWN